**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 15, 2020

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/20/2020

**Re:** *United States v. Brooke Marcus,* S9 17 Cr. 243 (SHS)

Dear Judge Stein:

The Government respectfully submits this letter to request, with the consent of the defendant, that the sentencing proceeding presently scheduled for March 20, 2020, at 11:30 a.m., be adjourned to a date and time convenient to the Court in or after September 2020, in light of the current status of related proceedings and the anticipated timeline of their resolution.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: *Robert B. Sobelman*

Kiersten A. Fletcher
Benet J. Kearney
Robert B. Sobelman
Assistant United States Attorneys
(212) 637-2238 / 2260 / 2616

Cc: Megan Benett, Esq. (by ECF)

*The sentencing is adjourned to Sept. 8 at 11:30 a.m.*

SO ORDERED 3/20/2020

SIDNEY H. STEIN
U.S.D.J.