UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

UNITED STATES OF AMERICA

                                            17-CR-243

   -against-                               ORDER

Brooke Marcus

       Defendant

-----------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/20/2020

Sidney H. Stein, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include mental health treatment, as directed by Pretrial Services.

Dated: New York, New York
March 20, 2020

SO ORDERED:

_____
Sidney H. Stein
United States District Judge