# M E M O R A N D U M

TO:     <u>HONORABLE Sidney H. Stein</u>
        U.S. District Judge

FROM:   <u>Winter Pascual</u>
        United States Pretrial Services Officer

                            RE: <u>Brooke Marcus</u>
                            DOCKET #:<u>17-Cr-243</u>

The attached memorandum prepared by Pretrial Services Officer

        Winter Pascual                          (914)

        390-4137

will present to Your Honor significant details about the Bail Conditions
which were imposed on the above-named defendant.

We are requesting direction from the court.  Please initial the
appropriate box(es) and return this form to us so that we may comply with
your instructions.

[X]         I have reviewed the information that you have supplied. I do
            not believe that this matter requires any action by the Court at
            this time.

[ ]         Please inform all parties concerned that I will conduct a
            Bail Review Hearing on                  at
        .                       DATE                        TIME

[           I direct that a bench warrant be issued for the defendant in
            this matter.

[           Please advise the court of the outcome in this matter.


        Dated:  New York, New York
                March 31, 2020



                    SO ORDERED

                    _____
                    SIDNEY H. STEIN
                    U.S.D.J.