

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 5, 2021

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Brooke Marcus,* S9 17 Cr. 243 (SHS)

Dear Judge Stein:

    The Government respectfully submits this letter to request, with the consent of the defendant, that the sentencing proceeding presently scheduled for March 11, 2020, at 11:30 a.m., be adjourned to a date and time convenient to the Court in or after September 2021, in light of the current status of related proceedings and the anticipated timeline of their resolution.

                Respectfully submitted,

                AUDREY STRAUSS
                United States Attorney for the
                Southern District of New York

By: _____
      Kiersten A. Fletcher
      Benet J. Kearney
      Robert B. Sobelman
      Assistant United States Attorneys
      (212) 637-2238 / 2260 / 2616

Cc: Megan Benett, Esq. (by ECF)