

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

# MEMO ENDORSED

September 3, 2021

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     **Re:**   ***United States v. Brooke Marcus,* S9 17 Cr. 243 (SHS)**

Dear Judge Stein:

     The Government respectfully submits this letter to request, with the consent of the defendant, that the Court adjourn the September 14, 2021 sentencing to a date in or after January 2022. The parties can be available at the Court's convenience after January 10, 2021, with the exception of January 18, and 26 through 28.

                   Respectfully submitted,

                   AUDREY STRAUSS
                   United States Attorney for the
                   Southern District of New York

     By: _____
                   Kiersten A. Fletcher
                   Robert B. Sobelman
                   Sheb Swett
                   Assistant United States Attorneys
                   (212) 637-2238 / 2616 / 6522

Cc: Megan Benett, Esq. (by ECF)

**The sentencing is adjourned to January 13, 2022, at 12:00 p.m. and will take place at the U.S. Courthouse in Courtroom 23A. The defense submissions are due by December 2, 2021, the government submissions are due by December 16, 2021.**

**Dated: New York, New York**
       **September 8, 2021**

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.