UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 17-Cr-243 (SHS) |
| -v- | : | ORDER |
| BROOKE MARCUS, | : | |
| Defendant. | : | |

--------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A violation of bail proceeding having been held today by videoconference, with defendant, defendant's counsel, counsel for the government, and pretrial services officers for the Southern District of New York and the District of Arizona participating,

    IT IS HEREBY ORDERED that:

    1.    The defendant is remanded to the custody of the U.S. Marshal for the District of Arizona; and

    2.    The defendant shall successfully complete an in-patient residential drug treatment program at Crossroads in Arizona, at the direction of her pretrial services officer.

Dated: New York, New York
       October 26, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.