UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,  :  17-Cr. 243 (SHS)

-v-  :  CONSENT TO PROCEED BY
VIDEOCONFERENCE OR
Brooke Marcus          ,  :  TELECONFERENCE

Defendant.  :

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

Defendant __Brooke Marcus__ hereby voluntarily consents to participate in the following proceeding via videoconference or teleconference:

____ Initial Appearance/Appointment of Counsel

____ Arraignment (if on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Preliminary Hearing on Felony Complaint

__X__ Bail/Revocation/Detention Hearing

____ Status and/or Scheduling Conference

____ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature (Judge may obtain
Verbal consent on Record and Sign for Defendant

_____
Defense Counsel's Signature

Brooke Marcus
Print Defendant's Name

Megan W. Benett
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing and teleconferencing technology.

10/26/2021
Date

_____
Sidney H. Stein, U.S.D.J.