```
UNITED STATES OF AMERICA           :    1:17-cr-00243-SHS-13

     -against-                     :    ORDER
                                   :

Brooke Marcus                      :
          Defendant
                                   :
-------------------------------------X
```

SIDNEY H. STEIN, United States District Judge:

ORDERED The defendant shall reside at an inpatient substance use treatment facility or a halfway house, as deemed appropriate, and shall follow all program requirements including the directions of staff members. The defendant is required to make a copayment toward the cost of services as directed Pretrial Services. The U.S. Marshal Service is authorized, if requested by the program director or an authorized staff member, to remove the defendant from the program for noncompliance at any time including evenings, weekends and holidays and place the defendant in temporary custody pending court proceedings. Upon completion, the defendant is allowed to reside at a residence approved by Pretrial Services.

[Handwritten annotation: "the gov't shall notify the Court immediately if defendant is removed from the program."]

Bed space will be available at Crossroads in Phoenix, Arizona on December 2, 2021 at which time the Defendant shall be transported bag and baggage to the Sandra Day O'Connor Courthouse U.S. Marshal cell block area for release.

Dated: New York, New York
       November 22, 2021

                              SO ORDERED

                              [signature]
                              Sidney H. Stein
                              United States District Judge