

**KREINDLER & KREINDLER LLP** | 485 Lexington Avenue | New York, NY 10017-2629
office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com

December 14, 2021

VIA ECF/CM
Hon. Sidney H. Stein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States of America v. Brooke Marcus*
       17-Cr-243 (SHS)

Dear Judge Stein,

I represent Brooke Marcus in the above-captioned matter. On September 8, 2021, this Court scheduled Ms. Marcus's sentencing for January 13, 2022. Subsequently, on October 26, 2021 this Court held a hearing and determined that it was in the best interest for the public and Ms. Marcus herself that she be ordered to participate in in-patient rehabilitation. Accordingly, on November 22, 2021, after nearly one month in custody, she was assigned to the Crossroads program in Arizona through the pre-trial services office in her district. She is currently residing there and receiving intensive treatment, which she reports is going well. Ms. Marcus participates in at least eleven meetings per week and her case manager confirms that Ms. Brooke is, as of now, "one hundred percent compliant" with the terms of the program.

In order to complete the treatment with as little interruption as possible and to allow her to attend the sentencing proceeding in person, which is her strong preference, I respectfully request that this Court adjourn the sentencing date until shortly after her release, which is set for April 2, 2022. Defense counsel is available anytime in April other than April 15 – 22. This is the first defense request for a sentencing adjournment and the government does not object to it.

Respectfully,

/s/ Megan W. Benett
Megan W. Benett
Counsel for Brooke Marcus

**The sentencing is adjourned to April 7, 2022, at 11:00 a.m. The defense sentencing submissions are due by March 17, 2022, the government's submissions are due by March 24, 2022.**

Dated: New York, New York
       December 15, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.