UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA,  :  17 -Cr. 243 (SHS)

       -v-  :  CONSENT TO PROCEED BY
                                      VIDEOCONFERENCE OR
Brooke Marcus,  :  TELECONFERENCE

                Defendant.  :

------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      Defendant **Brooke Marcus** hereby voluntarily consents to participate in the following proceeding via videoconference or teleconference:

____ Initial Appearance/Appointment of Counsel

____ Arraignment (if on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Preliminary Hearing on Felony Complaint

✓ Bail/Revocation/Detention Hearing

____ Status and/or Scheduling Conference

____ Misdemeanor Plea/Trial/Sentence

_Brooke Marcus_ SHS
Defendant's Signature (Judge may obtain Verbal consent on Record and Sign for Defendant

_[signature]_
Defense Counsel's Signature

Brooke Marcus
Print Defendant's Name

Megan W. Benett
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing and teleconferencing technology.

1/31/2022
Date

_[signature]_
Sidney H. Stein, U.S.D.J.