UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 17-Cr-243 (SHS) |
| -against- | : | |
| BROOKE MARCUS, | : | ORDER |
| Defendant(s). | : | |

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A teleconference having been held today regarding defendant's violation of her bail conditions, with defendant and her attorney participating, counsel for the government, and her pretrial services officer participating,

      IT IS HEREBY ORDERED that:

      1. The government's motion for remand, at the recommendation of Pretrial Services, is granted; and

      2. The defendant shall report to the Pretrial Services Office in the District of Arizona at the Sandra Day O'Connor U.S. Courthouse, 401 West Washington Street, Phoenix, AZ, on or before 2:00 p.m. on Wednesday, February 9, 2022, A Pretrial Services Officer will escort defendant to the U.S. Marshal's Office for the District of Arizona.

Dated: New York, New York
      January 31, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.