

**KREINDLER & KREINDLER LLP** | 485 Lexington Avenue | New York, NY 10017-2629
office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com

March 15, 2022

VIA ECF/CM
Hon. Sidney H. Stein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: *United States of America v. Brooke Marcus*
17-Cr-243 (SHS)

Dear Judge Stein,

I represent Brooke Marcus in the above-captioned matter. On December 14, 2021, this Court adjourned Ms. Marcus's sentencing hearing to April 7, 2022. Having conferred with the government, I respectfully request, with the government's consent, to convert the appearance scheduled for April 7, 2022 to a status conference and adjourn the sentencing *sine die* until sometime after that status conference.

Respectfully,

/s/ Megan W. Benett
Megan W. Benett
Counsel for Brooke Marcus

**The proceeding scheduled for April 7 at 11:00 a.m. will be a status conference via MS Teams video conference. The public may access the audio feed of the conference by dialing 917-933-2166, and using ID 637742265.**

Dated: New York, New York
       **March 16, 2022**

SO ORDERED:

Sidney H. Stein, U.S.D.J.

New York          Boston          Los Angeles