UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 17-Cr-243 (SHS) |
| -against- | : | |
| BROOKE MARCUS, | : | ORDER |
| Defendant(s). | : | |

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

　　　　IT IS HEREBY ORDERED that:

　　　　1. The sentencing will take place on May 11, 2023, at 2:30 p.m.;

　　　　2. The defense sentencing submission is due on or before April 20, 2023; and

　　　　3. The government submission is due on or before April 27, 2023.

Dated: New York, New York
　　　　March 21, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.