

**KREINDLER & KREINDLER LLP** | 485 Lexington Avenue | New York, NY 10017-2629
office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com

April 12, 2023

VIA ECF/CM
Hon. Sidney H. Stein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States of America v. Brooke Marcus*
      17-Cr-243 (SHS)

Dear Judge Stein,

    I represent Brooke Marcus in the above-captioned matter. Ms. Marcus had failed to appear for a status conference on April 7, 2022 and was arrested in Arizona in February of this year and brought back to the Southern District of New York for an appearance on March 23, 2023. This Court scheduled Ms. Marcus's sentencing for May 11, 2023.

    The March court appearance was the first time I was able to meet with Ms. Marcus over the past year and obtain information about her circumstances during that time. I am now in the process of requesting documents from various hospitals, treatment facilities and other institutions that will be necessary for me to review prior to filing a defense sentencing submission. While those requests were sent out soon after meeting with Ms. Marcus, I expect it to take several more weeks, at best, before I have responsive materials. I therefore respectfully request that this Court adjourn the sentencing date until the week of June 5, on any day other than June 6, and allow the defense to submit its sentencing materials two weeks prior to the sentencing hearing.

    This is the first defense request for a sentencing adjournment and the government does not object to it.

Respectfully,

/s/ Megan W. Benett
Megan W. Benett
Counsel for Brooke Marcus

**The sentencing is adjourned to June 7, 2023, at 2:30 p.m. The defense submission is due by May 24, the government submission is due by May 31.**

Dated: New York, New York
April 12, 2023

SO ORDERED:

/s/ Sidney H. Stein
Sidney H. Stein, U.S.D.J.