UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
                                                                  :

UNITED STATES OF AMERICA
                                                                  :     CONSENT PRELIMINARY ORDER

          - v. -                                               OF FORFEITURE/
                                                                  :     MONEY JUDGMENT

BROOKE MARCUS,
                                                                  :     S9 17 Cr. 243 (SHS)

            Defendant.
                                                                  :

------------------------------------ x

WHEREAS, on or about September 28, 2018 BROOKE MARCUS (the "Defendant"), was charged in a one-count Superseding Information, S9 17 Cr. 243 (SHS) (the "Information"), with Wire Fraud Conspiracy in violation of Title 18, United States Code, Section 1349 (Count One);

WHEREAS, the Information included a forfeiture allegation as to Count One of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c) of, any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offense charged in Count One of the Information, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Information that the Defendant personally obtained;

WHEREAS, on or about September 28, 2018, the Defendant pled guilty to Count One of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Information and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 981 (a)(1)(C) and Title 28, United States Code, Section 2461(c), a sum of money in United States currency representing the

amount of proceeds traceable to the commission of the offense charged in Count One of the Information (the "Money Judgement"); and

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $240,000 in United States currency, representing the amount of proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained;

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorneys, Kiersten A. Fletcher and Robert B. Sobelman, of counsel, and the Defendant, and her counsel, Megan Wolfe Benett, Esq., that:

1. As a result of the offense charged in Count One of the Information, to which the Defendant pled guilty, a money judgment in the amount of $240,000 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Counts One of the Information that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, BROOKE MARCUS and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States

Department of Treasury, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number

4. The United States Department of Treasury or its designee shall be authorized to deposit the payment on the Money Judgment into the Treasury Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to 21 U.S.C. § 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: /s/ Robert B. Sobelman                                          6/1/2023
    KIERSTEN A. FLETCHER                                            DATE
    ROBERT B. SOBELMAN
    Assistant United States Attorneys
    One St. Andrew's Plaza
    New York, NY 10007
    (212) 637-2260/2616

BROOKE MARCUS

By: /s/ Brooke Marcus                                               6/1/2023
    BROOKE MARCUS                                                   DATE

By: /s/ Megan Wolfe Benett                                          6/1/2023
    MEGAN WOLFE BENETT, ESQ.                                        DATE
    Attorney for Defendant
    750 Third Avenue, 32nd Floor
    New York, NY 10017

SO ORDERED:

_____                                    June 7, 2023
HONORABLE SIDNEY H. STEIN                                          DATE
UNITED STATES DISTRICT JUDGE